UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ZHANG FRIED,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF PLEASANT HILL, et al.,<br><br>    Defendants. | Case No. 24-cv-00361-AMO<br><br>**ORDER RE-SETTING HEARING ON MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE AND DIRECTING PARTIES TO FILE CONSENT OR DECLINATION BY MAY 23, 2024** |

The hearing on the motion to dismiss, previously set for June 20, 2024, is **HEREBY RESET** to October 3, 2024 at 2:00 p.m. The initial case management conference currently set for May 16, 2024 is also continued to that date and time.[1]

Given the rescheduling of these settings, the Court reminds the parties that their case may be resolved more quickly if they consent to magistrate judge jurisdiction. The parties may consent at any time to reassignment of the case to a magistrate judge *of their choice*, for all purposes, including entry of final judgment. *See* Civil L.R. 73-1(b). That one party refused to consent to a magistrate judge assigned off-the-wheel does not foreclose a different magistrate judge assignment. The magistrate judges in this district carry significant consent loads. Many were former partners in law firms and hail from elite legal institutions. Accordingly, any party that has not yet done so is directed to **FILE** a consent or declination to magistrate judge jurisdiction by no later than **May 23, 2024**. Any party that has previously declined magistrate judge jurisdiction who now wishes to consent to magistrate judge jurisdiction may also file a consent form by that date. Any party is free to withhold consent without adverse substantive consequences.

---

[1] A further joint case management conference statement is due by no later than noon on September 26, 2024.

Forms are available at https://www.cand.uscourts.gov/forms/civil-forms/, and, as noted, an assignment to a specific magistrate judge is authorized.

**IT IS SO ORDERED.**

Dated: May 9, 2024

_____
**A**RACELI **M**ARTÍNEZ-**O**LGUÍN
**United States District Judge**